

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00801-CV

**PMSALS 1, LLC**,
Appellant

v.

**AMERICAN OPPORTUNITY FOR HOUSING-PERRIN OAKS, LLC**; American
Opportunity for Housing, Inc., David Starr, and Fidelity National Title Insurance Company,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13524
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant.

SIGNED July 16, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice